LAW OFFICE OF GUS MICHAEL FARINELLO
Corporate,etc

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



*349867*

Index no : **18-698**
ATTY FILE No:
Court Date:
EJS #:

| PLAINTIFF(S): | ALODIA R. RUIZ, ON BEHALF OF HERSELF and ALL OTHERS SIMILARLY SITUATED |
|---|---|
| | vs. |
| DEFENDANT(S): | MONARCH RECOVERY MANAGEMENT, INC. |

STATE OF NEW YORK COUNTY OF NASSAU        ss.:

**KENNETH RUSSO**, being duly sworn deposes and says; deponent is not a party to this action, is over the age of 18 years and resides in the State of New York.

That on **02/01/2018** at **4:06 PM** at **10 EAST 40TH STREET, 10TH FLOOR, NEW YORK , NY 10016** Deponent served the with in **SUMMONS IN A CIVIL ACTION & CLASS ACTION COMPLAINT** by personally delivering to and leaving with **Jane Doe**, for **MONARCH RECOVERY MANAGEMENT, INC. c/o NATIONAL CORPORATE RESEARCH, LTD** a true copy therof,and that deponent knew the person so served to be the and stated(s) he was authorized to accept legal papers for the corporation.

A description of the person served is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | ASIAN | BLACK | 29 | 5'4"-5'8" | 100-130 Lbs. |
| Other Features: | | | | | |

Sworn to and subscribed before me on
02/02/2018

Peter Farley
Notary Public, NEW YORK
No. 01-FA6267900
QUEENS
Commission Expires 8/27/20

X_____
KENNETH RUSSO
License#: 2039841
Advantage Process Servers, Inc. DBA Zellner Wood
102 Jericho Turnpike,
Suite 104
Floral Park, NY 11001
516-326-6060
NYC DCA License #: 1451565

