UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-5-18

Alodia Ruiz, on behalf of herself and all others similarly situated,

Plaintiff,

v.

Monarch Recovery Management, Inc.

Defendant.

Civil Action No: 18-cv-698 (VB)

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

[& ORDER]

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice as to all claims brought by Plaintiff in his individual capacity against Defendant in this matter, and without prejudice as to the members of the proposed class as defined in the Complaint pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its respective attorney's fees and costs.

Dated: July 3, 2018

**Law Offices of Gus Michael Farinella, PC**

By: /s/ Ryan Gentile
Ryan Gentile, Esq.
110 Jericho Turnpike - Suite 100
Floral Park NY 11001
Tel. 212-675-6161
Email: rlg@lawgmf.com
*Attorneys for Plaintiff*

**Marshall Dennehey Warner Coleman & Goggin, PC**

By: /s/ Joseph A. Hess
Joseph A. Hess, Esq.
88 Pine Street, 21st Floor
New York, NY 10005
Tel: 212-376-6438
Email: JAHess@MDWCG.com
*Attorneys for Defendant*

So Ordered:
VB  USDJ 7/5/18
→ Clerk shall terminate Doc #17